UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Juan ESTRADA-Valladares,**<br><br>　　　　Defendant | Magistrate Docket No. 08 MJ 0941<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 26, 2008** within the Southern District of California, defendant, **Juan ESTRADA-Valladares,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **March 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Juan ESTRADA-Valladares**

## PROBABLE CAUSE STATEMENT

On March 26, 2008, Supervisory Border Patrol Agent G. Zamora was patrol duties near Barret Junction, California. At approximately 6:30 AM, Agent Zamora was traveling east on SR 94 and observed one individual attempting to hide behind a portable restroom at the Barrett Café. This area located approximately five miles west of the Tecate California Port of Entry and three miles north of the United States/Mexico International boundary.

Agent Zamora went to further investigate why the individual was attempting to conceal himself. Upon his arrival to the location he observed a total of three individuals. Agent Zamora identified himself as a Border Patrol Agent and then questioned the three individuals as to their immigration status. All three, admitted to being citizens and nationals of Mexico. One individual, later identified as the defendant **Juan ESTRADA-Valladares** stated that he was a citizen and national of Mexico and was not in possession of proper immigration documents that would allow him to be in or remain in the United States legally. All individuals including the defendant were placed under arrest and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 14, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

3/27/08
Date/Time